# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00272-CV

**Robert Shearer, III, Appellant**

**v.**

**Joyce Nadine Rosa, Appellee**

### FROM THE 480TH DISTRICT COURT OF WILLIAMSON COUNTY
#### NO. 24-1078-F480, THE HONORABLE TERENCE M. DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Robert Shearer, III has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed on Appellant's Motion

Filed: September 11, 2025